IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN DUNIGAN,

    Petitioner,                    No. CIV S-11-0961 MCE EFB P

    vs.

ROBERT HICKMAN, et al.,

    Respondents.               ORDER

                              /

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On September 15, 2011, the court directed respondent to file a response to the petition within 60 days, and on November 22, 2011, the court granted respondent's request for an extension of time, making the responsive pleading due on December 14, 2011.

        On October 3, 2011, petitioner filed a request for an "expedited ruling" once the responsive pleading is filed. Petitioner seeks an expedited ruling because he claims that the CDCR administration is psychologically abusing him; that the law librarian was fired, and therefore he lacks adequate library access; and that CDCR is using homosexual inmates to harass him. Petitioner's request for an expedited ruling on his habeas petition is denied. If petitioner is being subjected to unconstitutional conditions of confinement, he may file a separate civil rights lawsuit under 42 U.S.C. § 1983. If petitioner's ability to litigate this case is being hindered due

1

1  to inadequate law library access, he may so inform the court.

2  So ordered.

3  DATED: December 1, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE