IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN DUNIGAN,

    Petitioner,               No. 2:11-cv-0961 MCE EFB P

    vs.

ROBERT HICKMAN,

    Respondent.          <u>ORDER</u>

                               /

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 20, 2012, petitioner filed a document indicating that prison officials are interfering with his ability to attend group therapy sessions. Dckt. No. 51. Petitioner is again reminded that if he is being subjected to unconstitutional conditions of confinement, he may file a separate civil rights lawsuit under 42 U.S.C. § 1983.

    So ordered.

Dated: June 26, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE