IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN DUNIGAN

        Petitioner,                No. 2:11-cv-0961 MCE EFB P

    vs.

ROBERT HICKMAN

        Respondent.           <u>ORDER</u>

                              /

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 24, 2012, petitioner filed a motion for an evidentiary hearing. Dckt. No. 62. In his motion, petitioner alleges that prison staff stole numerous documents from him that "could aid the petitioner in drawing the inference that acts of 'treason' are being perpetrated against the United States Government and its people, by a sitting President (i.e. Barack Obama) . . . ." Dckt. No. 62 at 1-2. The allegations in petitioner's motion for an evidentiary hearing pertain to the conditions of petitioner's confinement and are unrelated to the claims asserted in his petition. The court therefore denies petitioner's motion for an evidentiary hearing, Dckt. No. 62, without prejudice.

////

////

1

1  Petitioner is again reminded that if he is being subjected to unconstitutional conditions of
2  confinement, he may file a separate civil rights lawsuit under 42 U.S.C. § 1983.
3  Dated: October 4, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE