IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN DUNIGAN,

      Petitioner,                            No. 2:11-cv-0961 MCE EFB P

      vs.

ROBERT HICKMAN, et al.,

      Respondents.                        ORDER

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 19, 2013, petitioner requested an extension of time to file objections to the January 23, 2013 findings and recommendations. *See* Fed. R. Civ. P. 6(b). Petitioner's request will be granted.

      On February 22, 2013, petitioner also filed a document in which he alleges that prison officials are delaying the delivery of his mail. He specifically contends that he did not receive a copy of the January 23, 2013 findings and recommendations until February 1, 2013. He contends that this delay has limited his ability to access the law library for the full 30-days period prior to his filing deadline.

      Given the time it takes to deliver mail, the undersigned does not find the 10-day delay in petitioner receiving his legal mail unreasonable. Furthermore, the 60 day extension of time

should provide petitioner with sufficient time to research and draft his objections. In the event that petitioner is unable to draft objections in this time period, he may file an additional request for an extension of time.

Accordingly, it is ORDERED that:

1. Petitioner's request for an extension of time, Dckt. No. 81, is granted;

2. Petitioner has 60 days from the date this order is served to file objections to the findings and recommendations; and

3. Petitioner's motion concerning his legal mail, Dckt. No. 82, is denied.

Dated: February 26, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE