1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KEVIN DUNIGAN,

11            Petitioner,                    No. 2:11-cv-0961 MCE EFB P

12      vs.

13   ROBERT HICKMAN,

14            Respondent.              <u>ORDER</u>

15   _____/

16            Petitioner, a state prisoner proceeding pro se, has filed this application for a writ

17   of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19            On January 23, 2013, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within fourteen days.  After an

22   extension of time, petitioner has filed objections to the findings and recommendations and

23   respondent has filed a response thereto.

24            In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

25   304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the

26   entire file, the court finds the findings and recommendations to be supported by the record and

1  by proper analysis.

2         Accordingly, IT IS HEREBY ORDERED that:

3         1.  The findings and recommendations filed January 23, 2013, are adopted in full;

4         2.  Petitioner's application for a writ of habeas corpus is denied;

5         3.  All outstanding motions are denied;

6         4.  The Clerk is directed to close the case; and

7         5.  The court declines to issue a certificate of appealability.

8  Date: August 05, 2013

9

10

11  _____

12  MORRISON C. ENGLAND, JR., CHIEF JUDGE
    UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26