IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN DUNIGAN,

    Petitioner,            No. 2:11-cv-961-MCE-EFB P

    vs.

ROBERT HICKMAN,

    Respondent.           <u>ORDER</u>

                                  /

        After this habeas action was closed and judgment duly entered, *see* ECF Nos. 102, 103, petitioner filed a notice complaining of hostile prison conditions. ECF No 104. The court takes no action on petitioner's filing as this case is now closed. Petitioner is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

        So ordered.

Dated: August 14, 2013.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE