IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN DUNIGAN,

    Petitioner,               No. 2:11-cv-961-MCE-EFB P

    vs.

ROBERT HICKMAN,

    Respondent.          ORDER

                            /

      Petitioner, a state prisoner proceeding without counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Judgment was entered in this action on August 5, 2013. On August 26, 2013, petitioner filed a notice of appeal. On September 17, 2013, petitioner filed a request to proceed *in forma pauperis* on appeal.

      Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district court action who desires to proceed *in forma pauperis* on appeal must file a motion in the district court which:

      (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;
      (B) claims an entitlement to redress; and
      (C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(1). Petitioner's motion fails to satisfy all three requirements.

1

1  Accordingly, IT IS HEREBY ORDERED that petitioner's September 17, 2013 request to
2 proceed *in forma pauperis* on appeal (ECF No. 114) is denied without prejudice.  The Clerk of
3 the Court is directed to serve a copy of this order on the United States Court of Appeals for the
4 Ninth Circuit, and petitioner is hereby informed that he may file a motion to proceed *in forma*
5 *pauperis* in the United States Court of Appeals for the Ninth Circuit.  *See* Fed. R. App. P.
6 24(a)(5).

7 DATED:  September 20, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE