UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DUNIGAN,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>ROBERT HICKMAN,<br><br>　　　　　　Respondent. | No. 2:11-cv-961-MCE-EFB P<br><br><br>ORDER |

　　　　Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 3, 2014, this court denied petitioner's motion for relief from judgment, ECF No. 125, but did not issue or deny a certificate of appealability at the time the final order was entered. See Rule 11(a), Rules Governing § 2254 Cases.

　　　　A court shall issue a certificate of appealability where the petitioner has shown "that reasonable jurists could debate whether . . . the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." Miller-El v. Cockrell, 537 U.S. 322, 336 (2003) (internal quotation marks omitted). Reasonable jurists could not debate that petitioner's motion to vacate the judgment lacked merit.

///

///

///

1

1       Accordingly, the Court declines to issue a certificate of appealability. The Clerk of the

2 Court is directed to forward a copy of this order to the Ninth Circuit Court of Appeals for filing

3 on the docket of Case No. 14-15743.

4       IT IS SO ORDERED.

5 Dated: April 28, 2014

                            MORRISON C. ENGLAND, JR., CHIEF JUDGE
                            UNITED STATES DISTRICT COURT